**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **AQELA AKBARY,** | )    NO. SACV 07-642-MAN |
|                **Plaintiff,** | ) |
| | )    **JUDGMENT** |
|        **v.** | ) |
| | ) |
| **MICHAEL J. ASTRUE,** | ) |
| **Commissioner of the** | ) |
| **Social Security Administration,** | ) |
| | ) |
|               **Defendant.** | ) |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the cause is remanded for further proceedings consistent with the provisions of the Memorandum Opinion.

DATED: August 14, 2008

                                     /s/
                               MARGARET A. NAGLE
               UNITED STATES MAGISTRATE JUDGE