Law Offices of Bill LaTour
Bill LaTour, ESQ.
State Bar No.: 169758
 11332 Mountain View Ave., Suite C
 Loma Linda, California 92354
 Telephone: (909) 796-4560
 Facsimile:  (909) 796-3402
 E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| AQELA AKBARY, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> COMMISSIONER OF SOCIAL ) <br> SECURITY, ) <br> ) <br> Defendant. ) | No.  EDCV 07-624 MAN <br><br> [PROPOSED] ORDER AWARDING EAJA FEES |

 Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

 IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount THREE THOUSAND TWO HUNDRED DOLLARS and 00/cents ($3,200.00), as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation.

 DATED:  September 26, 2008  _____/s/_____

          HON. MARGARET A. NAGLE
          UNITED STATES MAGISTRATE JUDGE

-1-